**No. 40557.**—Protests 952764–G, etc., of M. Pressner & Co. et al. (Seattle and New York).

Opinion by TILSON, J. On the records presented the protests were dismissed for lack of evidence.

**No. 40558.**—Protest 957683–G of Hoyt Shepston & Sciaroni (San Francisco).

Opinion by KINCHELOE, J. Following the principle enunciated in *Ramallah* v. *United States* (T. D. 47681) the table covers in question were held dutiable at 40 percent under paragraph 923 as claimed.

**No. 40559.**—Protests 819517–G, etc., of Academic Supply Co., Inc., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JANUARY 31, 1939

**No. 40560.**—Protest 975186–G of Levin Bros. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of trick daggers composed entirely of metal similar to those the subject of Abstract 37637. The claim at 45 percent under paragraph 397 was therefore sustained.

**No. 40561.**—Protest 962882–G of Karl Guggenheim, Inc. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of paper articles similar to those the subject of Abstract 25416. The claim at 35 percent under paragraph 1413 was therefore sustained as to the items invoiced as joke dolls.

**No. 40562.**—Petition 5784–R of Camlin Corset Co., Inc. (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and following Abstract 40015 the court held that the entry was without any intent to defraud the revenue. The petition was therefore granted.

**No. 40563.**—Petitions 5769–R, etc., of Golding Bros. Co., Inc. (New York).

Opinion by SULLIVAN, J. Following Abstract 39917 the court found there was no intention to defraud the Government or to deceive the appraiser. The petitions were therefore granted.